■ In the Matter of SHAREEMA F., a Person Alleged to be a Juvenile Delinquent, Appellant. [671 NYS2d 658] —Order of disposition, Family Court, New York County (Leah Marks, J.), entered on or about May 6, 1997, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that she committed acts which, if committed by an adult, would constitute the crimes of assault in the third degree and menacing in the third degree, and placed her on intensive probationary supervision for a period of 18 months, unanimously affirmed, without costs.

The fact-finding determination was based on legally sufficient evidence and was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490). There was ample evidence that appellant intentionally caused physical injury and caused the complainant to fear imminent serious physical injury. Concur—Sullivan, J. P., Nardelli, Williams and Andrias, JJ.

■ In the Matter of CAMILLO LOVACCO, Appellant, v CHARLES S. HIRSCH, as Chief Medical Examiner of the City of New York, Respondent. [672 NYS2d 697] —Judgment, Supreme Court, New York County (Martin Schoenfeld, J.), entered on or about June 12, 1997, which, in a proceeding pursuant to CPLR article 78 to compel respondent New York City Chief Medical Examiner to disclose autopsy audiotapes and other records or reports of the person petitioner was convicted of murdering, granted respondent's motion to dismiss the petition for failure to state a cause of action, unanimously affirmed, without costs.

The motion to dismiss was properly granted on authority of *Matter of Mitchell v Borakove* (225 AD2d 435, *appeal dismissed* 88 NY2d 919; *see also, Matter of Katz v Scott*, 236 AD2d 259, *lv denied* 90 NY2d 801). We have considered petitioner's equal protection argument based upon the likelihood of success of a proceeding such as this if brought outside of the City of New York (*see, Matter of Mitchell v Borakove, supra*, distinguishing *Matter of Diaz v Lukash*, 82 NY2d 211), and find it to be without merit (*see, Gardner v Michigan*, 199 US 325, 333-334). Concur—Sullivan, J. P., Nardelli, Williams and Andrias, JJ.